702

JACK R. WEINSTEIN et al., Respondents, v. FRANK A. SCALITI, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

BERNARD MINKOFF, Respondent, v. SIGMUND BRENNER et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

(A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD BARRETT, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE CONDON, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff v. JOHN SANZONE, JR., Defendant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

TOWN OF NORTH HEMPSTEAD, Respondent, v. LEVITT AND SONS, INCORPORATED, et al., Appellants.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

## (September 19, 1961)

BERNARD COOPER, Individually and as Guardian ad Litem of HARRIET COOPER, an Infant, Appellant, v. MEYER SHERMAN, Defendant, and SOPHIA SHERMAN et al., Respondents.—

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.